1

S. A. WOODS MACHINE COMPANY v. GRAND RAPIDS TRUST COMPANY, Receiver. (Circuit Court of Appeals, Sixth Circuit. April 7, 1924.) No. 4061. Appeal from the District Court of the United States for the Western District of Michigan; Sessions, Judge. Albin L. Richards, of Boston, Mass., for appellant. Knappen, Uhl & Bryant, of Grand Rapids, Mich., for appellee.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

2

Elisha STONE v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. June 2, 1924.) No. 4043. Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. John Galella, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

3

H. E. SUMMERLIN and S. V. Summerlin v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 14, 1924.) No. 4163. In Error to the District Court of the United States for the Eastern District of Tennessee; Hicks, Judge. J. Arthur Atchley and J. Fred Bibb, both of Knoxville, Tenn., for plaintiffs in error. George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Dismissed pursuant to motion of counsel.

4

UNITED STATES of America, Plaintiff in Error, v. C. Y. DUNLAP, Defendant in Error. (Circuit Court of Appeals, Fourth Circuit. August 8, 1924.) No. 2265. In Error to the District Court of the United States for the Western District of North Carolina, at Asheville. F. A. Linney, U. S. Atty., of Charlotte, N. C., and T. J. Harkins, Sp. Asst. U. S. Atty., of Asheville, N. C., Louis M. Bourne, of Asheville, N. C., and C. C. Buchanan, of Sylva, N. C., for defendant in error.

PER CURIAM. Case entered and dismissed, under rule 20, in accordance with agreement of parties.

5

Herman WERKHOVEN v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4179. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to order of court.

6

J. A. WILKINSON v. UNITED STATES of America. (Circuit Court of Appeal, Sixth Circuit. June 2, 1924.) No. 4195. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. A. B. Galloway, of Memphis, Tenn., for plaintiff in eror. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to agreement of counsel.